**BAXTER & SCHWARTZ, P.C.** File Number 295002617
5450 NW Central, Suite 307, Houston, Texas 77092
Tel: (713) 933-1522/Fax: (713) 460-3595
Attorneys for CENTEX HOME EQUITY COMPANY, LLC

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: § | | CASE NO. 05-86305-HDH7 |
| **RYAN DEAN SAMUEL and CHRISTY** § | | |
| **LYNN SAMUEL fka CHRISTY LYNN** § | | |
| **GRIFFIN** § | | CHAPTER 7 |
| Debtor § | | |
| **CENTEX HOME EQUITY** § | | |
| **COMPANY, LLC, AS SERVICING** § | | HEARING ON MOTION |
| **AGENT FOR CHEC 2003-C-121, its** § | | FOR RELIEF FROM STAY: |
| successors in interest and assigns § | | |
| Movant § | | DATE: January 11, 2006 |
| vs. § | | TIME: 1:30 PM |
| **RYAN DEAN SAMUEL and CHRISTY** § | | |
| **LYNN SAMUEL fka CHRISTY LYNN** § | | |
| **GRIFFIN** and **JEFFREY H. MIMS**, § | | |
| TRUSTEE § | | |
| Respondents § | | |

## NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY

**BANKRUPTCY CASE NO.** 05-86305-HDH7

**DEBTOR** RYAN DEAN SAMUEL and CHRISTY LYNN SAMUEL fka CHRISTY LYNN GRIFFIN

**HEARING DATE** January 11, 2006

**TIME** 1:30 PM

**LOCATION** US BANKRUPTCY COURTROOM #1
1100 COMMERCE STREET 14TH FLOOR
DALLAS, TEXAS 75242-1496

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Hearing was served on December 22, 2005, via electronic notice or by regular First Class Mail, postage prepaid, as listed below:

/s/ Angela K. Randermann
ANGELA K. RANDERMANN

Debtor
RYAN DEAN SAMUEL and CHRISTY LYNN
SAMUEL fka CHRISTY LYNN GRIFFIN
1714 AURORA DR.
RICHARDSON, TX  75081

Debtor Attorney
MARCUS B. LEINART
11520 N. CENTRAL EXPRESSWAY
SUITE 212
DALLAS, TX  75243

Trustee
JEFFREY H. MIMS
3102 OAK LAWN AVE., SUITE 700
DALLAS, TX 75219

UST US TRUSTEE
1100 COMMERCE STREET
ROOM 976
DALLAS, TX 75242-1496

Notices of Appearance
NONE