Marcus Leinart
State Bar No. 00794156
Leinart Law Firm
11520 N. Central Exprwy, Ste 212
Dallas, TX 75243
469.232.3328 Phone
214.221.1755 Fax

ATTORNEY FOR DEBTORS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **RYAN DEAN SAMUEL** | § | **CASE NO. 05-86305-HDH-7** |
| **CHRISTY LYNN SAMUEL** | § | |
| Debtors | § | **CHAPTER 7** |

_____

| | | |
|---|---|---|
| **CENTEX HOME EQUITY COMPANY** | § | |
| Movant | § | **HEARING DATE: January 11, 2006** |
| | § | **HEARING TIME: 1:30 p.m.** |
| vs. | § | |
| | § | |
| **RYAN DEAN SAMUEL** | § | |
| **CHRISTY LYNN SAMUEL** | § | |
| Debtors | § | |

**DEBTORS' RESPONSE TO MOTION FOR RELIEF FROM STAY**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Debtors Ryan Dean Samuel and Christy Lynn Samuel, in the above-styled and numbered cause and files this their Response to the Motion for Relief from Automatic Stay filed by Centex Home Equity Company, ("Movant") in regard to the collateral referenced in Movant's Motion.

Debtors would respectfully show:

1. The allegations of Centex Home Equity Company contained in paragraph one of the

Motion are admitted.

2. The allegations of Centex Home Equity Company contained in paragraphs four through eight of the Motion are denied.

3. The allegations of Centex Home Equity Company contained in paragraphs two through three of the Motion may not be admitted or denied as the Debtor is without sufficient knowledge or information to form a belief as to the truth and therefore makes a qualified denial.

WHEREFORE, PREMISES CONSIDERED, Respondents pray Movant's Motion for Relief from Automatic Stay be denied and for any such other and further relief in law and equity as the Court deems just.

DATED: December 27, 2005

Respectfully Submitted,

Leinart Law Firm
11520 N. Central Exprwy, Ste 212
Dallas, TX 75243-6113
469.232.3328 Phone
214.221.1755 Fax

By: /s/ Marcus Leinart
Marcus Leinart
State Bar No. 00794156
ATTORNEY FOR DEBTORS

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2005, I did serve a true and correct copy of the foregoing to the following interested parties, by United States Mail, First Class:

**DEBTORS**
Ryan Dean Samuel/Christy Lynn Samuel
1714 Aurora Dr
Richardson, TX 75081

**OPPOSING COUNSEL**
Baxter & Schwartz, P.C.
5450 NW Central, Ste 307
Houston, TX 77092

**CHAPTER 7 TRUSTEE**
3102 Oak Lawn Ave, Ste 700
Dallas, TX 75219

**UNITED STATES TRUSTEE**
1100 Commerce, Rm 9C60
Dallas, TX 75242

By: /s/ Marcus Leinart
Marcus Leinart
ATTORNEY FOR DEBTORS