IN THE UNITED STATES BANKRUPTCY COURT FOR
__NORTHERN__ DISTRICT OF __TEXAS__

IN RE:                        §    CASE NO. __05-86305__
                              §
                              §
RYAN & CHRISTY SAMUEL         §
                              §
                              §
DEBTOR(S)                     §

## REAFFIRMATION AGREEMENT

The undersigned, having filed a voluntary petition in bankruptcy on Case Number __05-86305__, in the __NORTHERN__ District of __TEXAS__, hereby reaffirms with Centex Home Equity Corporation, (called "you"), my loan obligation under Note dated __05/27/03__ (the "Note") secured by, the Mortgage Deed of Trust or Deed to Secure Debt (the "Security Instrument"), bearing the same date as the Note, which covers the real and personal property described in the Security Instrument and defined therein as the "Property," located at __1714 AURORA DRIVE   RICHARDSON TX 75081__.

I understand that I am not legally obligated to reaffirm this obligation. In reaffirming and unless otherwise set forth herein, I agree to be bound by all the terms and conditions of the original loan as set forth in the Note and Security Instrument. The next monthly payment(s), of __$1589.09*__ is payable on the __1st__ day of each month beginning ~~OCTOBER~~ November, __2005__ and each payment thereafter.

In addition to the requirements as set forth in the Note and Security Instrument, it is further agreed that I shall maintain insurance on the subject collateral and name you in the lender's loss payable clause.

I hereby agree that you may apply all payments received to my account as received, and that my payments are in consideration for the use and possession of the collateral or as voluntary payments pending expiration of my right to rescind this reaffirmation. In the event I rescind this agreement, you shall be entitled to all remedies available to you, including taking possession of the collateral.

NOTICE TO DEBTORS OF RIGHT TO RESCIND

THIS REAFFIRMATION AGREEMENT MAY BE RESCINDED AT ANY TIME PRIOR TO YOUR DISCHARGE OR WITHIN SIXTY (60) DAYS AFTER THIS REAFFIRMATION AGREEMENT IS FILED WITH THE COURT, WHICHEVER OCCURS LATER, BY GIVING NOTICE OF RESCISSION TO: CENTEX HOME EQUITY CORPORATION. PLEASE PROVIDE WRITTEN NOTICE OF SUCH RESCISSION TO:   Centex Home Equity Corporation, c/o Bankruptcy Department, P.O. Box 19911, Dallas, TX 75219.

I understand I am not legally obligated to enter into this Agreement and that by doing so I am giving up the defense of our discharge in bankruptcy as to this obligation.

NOTICE: Do not sign before reading. I am entitled to a copy of this agreement.

DATED: 11-21-05

Debtor:

Debtor:

STATE OF Texas )
             )SS
COUNTY OF Dallas )

Subscribed and sworn to before me by the debtors named above, on this 21st day of November, 2005

Notary Public
My Commission expires 6/16/09

[Notary seal: JENNIFER LYNNE SEARCH, Notary Public, State of Texas, My Commission Expires June 10, 2009]

ACCEPTANCE OF REAFFIRMATION AGREEMENT

DATE: 12-29-05

Centex Home Equity Corporation

By: _____

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE ___NORTHERN___ DISTRICT OF ___TEXAS___

IN RE: ___RYAN & CHRISTY SAMUEL___   CASE NO.: ___05-86305___
Debtor(S)

## AFFIDAVIT OF DEBTORS COUNSEL

I, ___Richard Anderson___, after being duly sworn, depose and say:

1. I am the attorney for the Debtor(s) in the captioned bankruptcy and represented said debtor (s) in negotiating the attached Reaffirmation Agreement with Centex Home Equity Corporation.

2. This Reaffirmation Agreement dated ___11/21___, ___2005___, represents a fully informed and voluntary agreement by the Debtor(s).

3. Prior to execution of the Agreement, I have fully examined the Debtor(s) financial situation and have determined and Debtor(s) acknowledge that it does not pose an undue hardship on the Debtor(s) or a dependant of the Debtor(s).

4. Debtor(s) understand the legal significance of this Agreement and I have fully advised the Debtor(s) of the legal affect and consequences of this Reaffirmation Agreement and any default under such Agreement.

Further, deponent saith not.

STATE OF ___Texas___ )
) SS:
COUNTY OF ___Dallas___ )

JENNIFER LYNNE SEARCY
Notary Public, State of Texas
My Commission Expires
June 10, 2009
(SEAL)

Subscribed and sworn to before me by the attorney named above this ___26___ day of ___November___, ___2005___.

JENNIFER LYNNE SEARCY
Notary Public, State of Texas
My Commission Expires
June 10, 2009

Notary Public
My Commission expires ___6/10/09___