Christopher K. Baxter SBOT 90001747
Kirk A. Schwartz SBOT 24004908
**BAXTER & SCHWARTZ, P.C.**
5450 NW Central, Suite 307, Houston, Texas 77092
Tel: (713) 933-1522/Fax: (713) 460-3595
Attorneys for CENTEX HOME EQUITY COMPANY, LLC

File Number 295002617

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 05-86305-HDH7 |
| RYAN DEAN SAMUEL and CHRISTY | § | |
| LYNN SAMUEL fka CHRISTY LYNN | § | CHAPTER 7 |
| GRIFFIN | | |
| Debtor | | |

### NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY

COMES NOW, CENTEX HOME EQUITY COMPANY, LLC, as servicing agent for CHEC 2003-C-121 ("Creditor"), and files this Notice of Withdrawal of its Motion for Relief from Stay filed on or about December 22, 2005 and for good cause respectfully shows the Court the following:

Creditor and Debtor have reached an agreement resolving Creditor's Motion for Relief from Stay. Said agreement has been reduced to writing in the form of a Reaffirmation Agreement, signed by all parties. Therefore, Creditor no longer wishes to prosecute its Motion for Relief from Stay.

WHEREFORE, PREMISES CONSIDERED, Creditor hereby withdraws its Motion for Relief from Stay without prejudice, so that the Court takes no further action thereon.

Respectfully Submitted,
BAXTER & SCHWARTZ, P.C.
/s/ Angela K. Randermann
ANGELA K. RANDERMANN
State Bar Number 240297387 (31688)
5450 NW Central, Suite 307
Houston, Texas 77092
Attorneys for CENTEX HOME EQUITY COMPANY, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing <u>Notice of Withdrawal</u> has been served on all parties as identified below by electronic notice on January 10, 2006.

/s/ Angela K. Randermann
ANGELA K. RANDERMANN

<u>Debtor</u>
RYAN DEAN SAMUEL and CHRISTY LYNN
SAMUEL fka CHRISTY LYNN GRIFFIN
1714 AURORA DR.
RICHARDSON, TX  75081

<u>Chapter 13 Trustee</u>
JEFFREY H. MIMS
3102 OAK LAWN AVE., SUITE 700
DALLAS, TX  75219

<u>Debtor's Attorney</u>
MARCUS B. LEINART
11520 N. CENTRAL EXPRESSWAY

SUITE 212
DALLAS, TX  75243